IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE QUINTANILLA, | 1:06-CV-01454-OWW-DLB-HC |
| Petitioner, | ORDER ACKNOWLEDGING PAYMENT OF FILING FEE BY PETITIONER |
| vs. | ORDER VACATING ORDER OF NOVEMBER 16, 2006 |
| K. MENDOZA-POWERS, Warden, | |
| Respondent.                                  / | (Doc. 3) |

Petitioner is a state prisoner proceeding pro se. On October 3, 2006, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 at the United States District Court, Central District of California. The case was transferred to the Eastern District of California on October 10, 2006, and was received at the Fresno Division on October 18, 2006.

On November 16, 2006, the court ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee. Petitioner contends that he has already paid the $5.00 filing fee. On November 21, 2006, petitioner submitted a notice to the court, providing evidence that he had paid the $5.00 filing fee for this case on October 3, 2006. Petitioner also submitted a copy of the receipt from the Central District on November 27, 2006. Petitioner is correct. Petitioner paid the $5.00 filing fee on October 3, 2006, at the Central District. For this reason, the court's order of November 16, 2006, shall be vacated.

Accordingly, IT IS HEREBY ORDERED that :

1. The court acknowledges that petitioner has paid the $5.00 filing fee for this action, and

2. The court's order of November 16, 2006, which ordered petitioner to submit an

1

1  application to proceed in forma pauperis or pay the $5.00 filing fee, is VACATED in
2  its entirety.
3
4  IT IS SO ORDERED.
5  Dated: **November 29, 2006**           **/s/ Dennis L. Beck**
   ah0l4d                                 UNITED STATES MAGISTRATE JUDGE