UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RENE QUINTANILLA, ) | | 1:06-CV-01454-OWW-DLB-HC |
| ) | | |
| Petitioner, ) | | |
| ) | | ORDER GRANTING EXTENSION OF |
| v. ) | | TIME TO FILE RESPONSE TO PETITION |
| ) | | FOR WRIT OF HABEAS CORPUS |
| KATHY MENDOZA-POWERS, ) | | |
| ) | | (Doc. 8) |
| Respondent. ) | | |
| _____ ) | | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 28, 2007, Respondent filed a motion to extend time to file a response to the petition for writ of habeas corpus. On April 3, 2007, Respondent filed her response. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted an extension of time *nunc pro tunc* to April 3, 2007, to file a response to the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:    **April 17, 2007**            **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE