# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE QUINTANILLA,<br><br>        Petitioner,<br><br>   v.<br><br>KATHY MENDOZA-POWERS,<br><br>        Respondent.<br>_____/ | CV F   06-1454 OWW DLB HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT COMPLETE COPY OF FRESNO COUNTY SUPERIOR COURT DECISION, DATED NOVEMBER 14, 2005 |

     Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by Marc, Grossman, Esq.

     This case is currently ready for review on the merits, as Respondent filed an answer on April 3, 2007, and Petitioner filed a traverse on April 10, 2007.  (Court Docs. 10, 11.)

     In the answer, Respondent cites Exhibit D, as containing a copy of the Fresno County Superior Court's November 14, 2005, decision denying the state petition for writ of habeas corpus.  However, only the first page of the decision was submitted by Respondent.[1]

     Accordingly, within five (5) court days, Respondent shall submit a complete copy of the Fresno County Superior Court's November 14, 2005, decision.  The copy may be submitted via

---

[1] In addition, attached as Exhibit D to the instant petition for writ of habeas corpus, Petitioner submits a copy of the Fresno County Superior Court's decision; however, the copy is incomplete as page two of the opinion is missing.  (Court Doc. 1, Petition, Exhibit D.)

1  the Court's Case Management Electronic Court File System.

2      IT IS SO ORDERED.

3      **Dated:**   **January 16, 2008**                 /s/ **Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE