UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RENE QUINTANILLA, | ) | 1:06-cv-01454-OWW-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 15) |
| v. | ) | |
| | ) | **ORDER DENYING PETITION FOR** |
| KATHY MENDOZA-POWERS, | ) | **WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

Petitioner is a state prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On January 24, 2008, the Magistrate Judge filed Findings and a Recommendation that the instant Petition for Writ of Habeas Corpus be DENIED, and the Clerk of Court be directed to enter judgment in favor of Respondent.  These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  On February 1, 2008, Petitioner filed objections to the Findings and Recommendation.

1

1  //

2  /

3       In accordance with the provisions of 28 U.S.C. § 636
4  (b)(1)(C), this Court has conducted a *de novo* review of the case.
5  Having carefully reviewed the entire file, including Petitioner's
6  objections, the Court concludes that the Magistrate Judge's
7  Findings and Recommendation are supported by the record and proper
8  analysis.

9       Petitioner advances two grounds: 1) the F & Rs misapply the
10 some evidence requirement by relying only upon the offense of
11 conviction, and 2) the F & Rs are without justification because the
12 record does not support the decision below denying parole because
13 there is no evidence that petitioner poses an unreasonable risk of
14 danger to society.  Some evidence exists to support the denial of
15 parole.  The BHP found and relied on the heinousness of the killing
16 of the child victim.  Also cited was Petitioner's lack of
17 insight into and remorse for the violent killing of a defenseless
18 child.  The BHP found Petitioner had a history of unstable
19 relationships, prior additional criminal activity, and although
20 rehabilitation is acknowledged, Correctional authorities hold the
21 opinion that Petitioner needs more self-therapy and insight before
22 the necessary "no unreasonable risk of danger to society" finding
23 can be made to justify release, despite the fact Petitioner is four
24 years after the minimum 15 years eligibility for consideration for
25 parole.

26      The cases cited by Petitioner have been correctly analyzed by
27 the Magistrate Judge.  It is the state's parole system to which
28 deference is owed, subject to due process limitations of the

evolving case law.

Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed January 24, 2008, are ADOPTED IN FULL;

2. The instant Petition for Writ of Habeas Corpus is DENIED; and,

3. The Clerk of Court enter judgment in favor of Respondent.

IT IS SO ORDERED.

**Dated: March 25, 2008**                    **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE