

FILED
APR 8 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RENE QUINTANILLA,

vs.

KATHY MENDOZA-POWERS,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:06-CV-01454 OWW/DLB HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____  Granted for the following reason:

_____
_____
_____
_____

__X__  Denied for the following reason:

BASIS OF DENIAL OF PAROLE BY CALIFORNIA BOARD OF PAROLE HEARINGS NOT DEBATEABLE AMONG JURISTS OF REASON.

Dated: 4-7-08

OLIVER W. WANGER
United States District Judge