# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE QUINTANILLA,<br><br>           Petitioner-<br>           Appellant,<br><br>     v.<br><br>KATHY MENDOZA-POWERS, Warden,<br><br>           Respondent-<br>           Appellee. | 1:06-cv-1454 OWW DLB HC<br><br>ORDER GRANTING PETITIONER'S REQUEST TO VACATE ORDER DENYING UNREQUESTED AND UNNECESSARY CERTIFICATE OF APPEALABILITY (COA) [DOC. 21] |

Petitioner correctly cites Ninth Circuit law that a certificate of appealability is not required for the denial of habeas corpus relief from the Board of Prison Terms' denial of his request for parole, because that decision is an administrative decision regarding the execution of his sentence according to *Rosas v. Nielsen*, 428 F.3d 1229, 1231-32 (9th Cir. 2005). Petitioner's request to vacate the order denying a certificate of appealability is GRANTED.

Petitioner's personal attack made on the Court alleging bias, knowledge of the alleged falsity of the merits of the denial of the petition, and further bias concerning other unspecified cases, is appropriately referred to the Clerk of

1

Court for random assignment to another District Judge for the purpose of determining the efficacy of Petitioner's recusal request, treated as a motion for recusal.

IT IS SO ORDERED.

Dated:   April 18, 2008                          /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE