UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE QUINTANILLA, | ) |
| | ) 1:06-CV-01454 OWW DLB HC |
| | ) |
| Petitioner, | ) NEW CASE NUMBER: |
| | ) |
| v. | ) 1:06-CV-01454 LJO DLB HC |
| | ) |
| KATHY MENDOZA-POWERS, | ) |
| | ) |
| | ) ORDER REASSIGNING CASE |
| Respondent. | ) |
| | ) |

Pursuant to the order previously issued in this case, and the Clerk having done a random reassignment of this action;

IT IS ORDERED that this matter be reassigned from the docket of United States District Judge Oliver W. Wanger to the docket of United States District Judge Lawrence J. O'Neill.

All future documents should contain the following case number:

1:06-cv-01454-LJO DLB HC

IT IS SO ORDERED.

Dated:   April 21, 2008                         /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

1