# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE QUINTANILLA, | CASE NO. 1:06-CV-1454 LJO DLB HC |
| Petitioner-Appellant, | ORDER on MOTION for RECUSAL |
| v. | |
| KATHY MENDOZA-POWERS, Warden, | |
| Respondent-Appellee. | |

The Court has received and reviewed the court order of April 18, 2008 that followed the request of Counsel for Petitioner Rene Quintanilla as it relates to the subject of recusal. The undersigned accepts the random assignment of this case for the sole purpose of determining the efficacy of the recusal request, being treated as a motion for recusal of Senior District Judge Oliver W. Wanger.

The Court sets the following briefing and hearing schedule for the Motion For Recusal:

Any and all points and authorities, including declarations in support of the Motion for Recusal are ORDERED to be filed with this Court on or before May 30, 2008. The documents filed are required to provide legal authority and a factual for the position taken in the April 8, 2008 request for recusal.

The oral argument will take place before the undersigned in Courtroom 4 of the United States Courthouse located at 2500 Tulare Street, Fresno, California at 1:30 p.m. on Friday June 6, 2008. Counsel Marc Grossman is to be personally present for the hearing. Should the date set not be possible for counsel, he must call this Court's chambers on or before May 9, 2008 (559-499-5680)

1  to reset the date for the hearing and his personal appearance.  Should counsel wish an evidentiary
2  hearing on the date of the hearing for oral argument, Counsel must notify this Court on or before
3  May 17, 2008 IN WRITING, indicating the need for the evidentiary hearing, the anticipated
4  witnesses, the anticipated testimony, and the time estimate.

5       It is SO ORDERED.

6  IT IS SO ORDERED.

7  **Dated:   May 1, 2008**                         /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE